ACCEPTED
01-12-01023-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 11:35:23 AM
CHRISTOPHER PRINE
CLERK

# CROOK & JORDAN

DAVID CROOK

KAREN JORDAN

ATTORNEYS AT LAW
PO BOX 94590
LUBBOCK, TX  79493

TELEPHONE (806) 744-2082/5865

FACSIMILE (806) 744-2083

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/20/2015 11:35:23 AM

CHRISTOPHER A. PRINE
Clerk

October 20th, 2015

Court of Appeals
1st Supreme Judicial District
301 Fannin
Houston TX 77002-2066
ATTN:  CLERK OF COURT
VIA E-FILING

RE: *State v. Michael Shayne Hansley*, Appellate case numbers No. 01-12-01023-CR, No. 01-12-01024-CR, and No. 01-12-01025-CR; [The foregoing were trial court case numbers No. 11CR1177, No. 11CR1178, and No. 11CR1179]

Dear Sir or Madam:

The undersigned attorney [SBN 05109530] has been retained to represent Michael Shayne Hansley for the purpose of doing a post-conviction 11.07 writ.  This is to request that you send me, on disk, the Clerk's Record as to the foregoing cases.  Please send the disk **with the record in PDF format** by U.S. mail to the address below:

David Crook
Crook & Jordan
PO Box 94590
Lubbock, TX 79493

Thank you for your kind attention to this matter.

Very truly yours,

/s/ David Crook
David Crook
DC/ls
dcrook@nts-online.net